IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MATTHEW J. WEST, Q18866

    Plaintiff,

v.                                                      CASE NO. 5:12-cv-244-MW-GRJ

KENNETH S. TUCKER,
Secretary, Florida Department
Of Corrections,

    Defendant.

_____/

## **ORDER OF DISMISSAL**

This case is before the court on the magistrate judge's report and recommendation (document 9). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. This cause is dismissed for failure to comply with an order of the Court and for failure to prosecute. The clerk shall enter judgment stating, "The

complaint is dismissed with prejudice." The clerk shall close the file.

SO ORDERED on January 4, 2013.

                                                                                    s/Mark E. Walker  
                                                                                United States District Judge